# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

RANDY D. PITTMAN, )
)
   Plaintiff, )
)
v. ) Case No. 2:23-cv-01090-MHH-HNJ
)
UNITED STATES DEPARTMENT )
OF JUSTICE, )
)
   Defendant.

## MEMORANDUM OPINION

The Magistrate Judge entered a report on June 13, 2024, in which he recommended that the Court dismiss plaintiff Randy D. Pittman's claims as moot to the extent Mr. Pittman seeks the return of his property; dismiss Mr. Pittman's claims without prejudice pursuant to §§ 1915A(b)(1) and (2) to the extent Mr. Pittman seeks monetary damages; and deny as moot Mr. Pittman's request for a final disposition, (Doc. 20). The Magistrate Judge advised Mr. Pittman of his right to file written objections to the report within 14 days. To date, the Court has not received objections.

After consideration of the electronic docket entries in this case and the Magistrate Judge's report, the Court adopts the report and accepts the recommendation. The Court denies as moot Mr. Pittman's motion for a final

disposition, (Doc. 20).  By separate order, the Court will dismiss this action without prejudice.

    **DONE** and **ORDERED** this August 15, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE